**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01562-CR
### No. 05-15-01563-CR
### No. 05-15-01564-CR
### No. 05-15-01565-CR

## GENESIS HICKS, APPELLANT

V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-39416-T, F15-39422-T, F15-39423 & F15-39424-T**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandates in these appeals **INSTANTER**.

/s/      MOLLY FRANCIS
         JUSTICE